Wednesday, July 20, 1988

## MOTION DOCKET

**87-1709.** State v. Moore. *Van Wert County,* No. 15-86-10. On appellee's motion to file brief instanter. Motion granted, effective July 13, 1988.

**87-1814.** State, ex rel. Craft, v. Schisler. In Mandamus. On relator's motion to file brief instanter. Motion granted, effective July 13, 1988.

**88-76.** State v. Butler. *Cuyahoga County,* No. 53785. On appellee's motion to file brief instanter. Motion granted, effective July 13, 1988.

**88-154.** Bouquett v. St. Elizabeth Corp. *Montgomery County,* No. CA 10465. On motion to file brief instanter. Motion granted, effective July 13, 1988.

**88-251.** State, ex rel. Rohrbaugh, v. Indus. Comm. *Franklin County,* No. 86AP-839. On appellees' motion to file brief instanter. Motion granted, effective July 13, 1988.

**88-295.** State, ex rel. Avellone, v. Bd. of Cty. Commrs. of Lake Cty. *Lake County,* No. 12-231. On appellant's motion to file brief instanter. Motion granted, effective July 13, 1988.

**88-530.** State, ex rel. Viox Builders, Inc., v. Lancaster. *Franklin County,* No.

86AP-605. On appellees' motion to file brief instanter. Motion granted, effective July 13, 1988.

## MISCELLANEOUS DISMISSALS

**87-1482.** State, ex rel. Watson, v. Indus. Comm. *Franklin County,* No. 86AP-732. Cause dismissed, on application of the parties, effective July 13, 1988.

**88-441.** Butler Wick & Co. v. Stambaugh. *Mahoning County,* No. 87 C.A. 55. Cause dismissed, on joint application of counsel for appellant and appellee, effective June 27, 1988.

**88-540.** State v. Smith. *Montgomery County,* No. 9820. *Sua sponte,* cause dismissed for want of prosecution, effective June 23, 1988.

**88-802.** State, ex rel. O'Leary, v. Spicer. In Prohibition. Cause dismissed, on application to dismiss of relator, effective June 29, 1988.

**88-824.** Overberg v. State Farm Mut. Ins. Co. *Hamilton County,* No. C-870121. Cause dismissed, on application of counsel for appellant, effective June 29, 1988.

**88-1010.** Great Oaks Co. v. Cincinnati Ins. Co. *Franklin County,* No. 87AP-717. Cause dismissed, on application of the parties, effective July 12, 1988.